UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MJ-04261-LOUIS

UNITED STATES OF AMERICA

vs.

HEBOR WATERS,
DANNY CARTON-THYNE LEWIS,
BAYRON JOSE TUREZ MALIANO, and
LENWORD MARTINEZ

    Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes   X   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes   X   No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes   X   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   /s/ Kevin J. Larsen
KEVIN J. LARSEN
Assistant United States Attorney
Federal Bar No. A5501050
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9176
kevin.larsen2@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>HEBOR WATERS,<br>DANNY CARTON-THYNE LEWIS,<br>BAYRON JOSE TUREZ MALIANO,<br>and LENWORD MARTINEZ,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 21-MJ-04261-LOUIS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___11/13/2021___, upon the high seas and elsewhere outside the jurisdiction any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute 1000 kilograms or more of a mixture and substance containing a detectible amount of marihuana while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

DEA S/A ROBERT LUKENS
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: __Nov. 23 2021__

_____
Judge's signature

City and state: __Miami, Florida__     Hon. Lauren Louis, United States Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

I, Robert Lukens, being first duly sworn, do depose and states:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice, and have been so employed since 2002. I am presently assigned to the Miami Field Division where I conduct narcotics distribution and narcotics smuggling investigations. As a special agent with the DEA, I have participated in numerous narcotics investigations involving physical and electronic surveillance; execution of search and arrest warrants; the control and administration of confidential sources; international drug importations; and domestic drug distribution organizations. I have participated in the arrest and subsequent prosecution of numerous drug traffickers. I also have spoken on numerous occasions with informants, suspects, and experienced narcotics investigators concerning the manner, means, methods, and practices that drug traffickers use to further the operation of their drug trafficking organizations and the most effective methods of investigating and dismantling drug trafficking organizations.

2. As a law enforcement officer within the meaning of Section 2510(7) of Title 18 of the United States Code, I am empowered by law to conduct investigations of, and to make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

3. This Affidavit is submitted for the limited purposes of establishing probable cause in support of a Criminal Complaint against HEBOR WATERS, DANNY CARTON-THYNE LEWIS, BAYRON JOSE TUREZ MALIANO and LENWORD MARTINEZ for knowing and willfully conspiring to possess with intent to distribute marijuana, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections

1

70503(a) (1) and 70506(b). As such, this Affidavit does not contain the details of every aspect of this investigation. Furthermore, this Affidavit is based on my personal knowledge, as well as, information obtained from other law enforcement personnel.

4. On November 13, 2021, a Marine Patrol Aircraft (MPA), while on patrol in the Eastern Pacific (EPAC), detected a go-fast vessel (GFV), approximately 97 nautical miles (NM) southeast of Golfito, Costa Rica, in international waters, and upon the high seas. The MPA crew observed that the GFV had fuel barrels and numerous cloth bales visible on the deck and not appear to be displaying indicia of nationality or registration numbers. It is known to the affiant that fuel barrels and cloth bales on the deck are common indications of maritime drug smuggling. The US Coast Guard (USCG) Cutter (CGC) VIGILANT diverted to intercept the GFV.

5. The CGC VIGILANT launched their small boat with a USCG boarding team (BT) to investigate the GFV. The BT approached the GFV and observed that the GFV had an open top hull, outboard engines, was marked "MEGA 2", had fuel barrels and numerous bales of suspected contraband on the on the deck, and four (4) individuals aboard. The USCG BT also observed that the GFV did not display a name, registration numbers, a flag, a home port or any indicia of nationality. The USCG boarding team took control of the GFV without the use of force.

6. The GFV crew was later identified as HEBOR WATERS, DANNY CARTON-THYNE LEWIS, BAYRON JOSE TUREZ MALIANO and LENWORD MARTINEZ. When asked by the boarding team, one crewmember claimed the vessel was of Costa Rican (CR) registration. The USCG enacted the US/CR bilateral forms exchange. The CR government later reported they could not confirm or deny the registration of the vessel. At that time, being that the vessel was outside territorial seas of any nation and having no legitimate claim of nationality, the vessel was subject to the jurisdiction of the United States. The USCG boarding team was granted

permission to treat the GFV as being without nationality and they conducted a full law enforcement boarding.

7. The USCG boarding team searched the vessel and detained the crew. From the GFV the USCG recovered numerous cloth bales and personal items of the GFV crew. The USCG found that the bales contained suspect marijuana. The bales weighed a total of approximately 3660 pounds or 1660 kilograms. The USCG reported that they conducted two field tests on the suspect marijuana which were both positive for marijuana. The GFV was later sunk as a hazard to navigation.

8. The GFV crew (HEBOR WATERS, DANNY CARTON-THYNE LEWIS, BAYRON JOSE TUREZ MALIANO and LENWORD MARTINEZ) were transferred to the CGC VIGILANT to await transfer to the custody of U.S. law enforcement.

9. On November 22, 2021, the USCG will transfer custody of HEBOR WATERS, DANNY CARTON-THYNE LEWIS, BAYRON JOSE TUREZ MALIANO and LENWORD MARTINEZ to United States law enforcement officers, who, on that same date will escort the individuals to the Southern District of Florida, where they will first enter the United States.

[PAGE LEFT BLANK INTENTIONALLY]

10. Based on the foregoing facts, I submit that probable cause exists to believe that HEBOR WATERS, DANNY CARTON-THYNE LEWIS, BAYRON JOSE TUREZ MALIANO and LENWORD MARTINEZ, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute marijuana, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

Robert Lukens
Special Agent
Drug Enforcement Administration

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this __23__ day of November, 2021.

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

4